# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** New York  **Category No.** II  **Investigating Agency** HHS, VA, FBI, DOL, IRS

**City** Point Jefferson
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. See attached letter
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-mj-6439-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☑ Yes  ☐ No

Defendant Name: James Rausch   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____
Address: _____

Birth date (Yr only): 1968   SSN (last 4#): _____   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** Michael DiStefano, David Meier   **Address:** Todd & Weld LLP

Bar Number: _____

**U.S. Attorney Information**

AUSA: Howard Locker, Mackenzie Queenin   Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  I

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/19/2025   Signature of AUSA: *Mackenzie A. Queenin*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   James Rausch

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC sec 371 | Conspiracy to Violate the Anti-Kickback Statute | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**